# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENNIS J. MARTINEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SENTRY CREDIT, INC., a California corporation, and DOES 1-25, inclusive,<br><br>Defendant. | CASE NO. 2:22-cv-02385-JLS-AGR<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE** |

Upon review of the Joint Stipulation for Dismissal of Action with Prejudice entered into by Plaintiff and Defendant, and good cause appearing therefor,

**IT IS HEREBY ORDERED:**

This matter is dismissed with prejudice, each party to bear their own fees and costs.

Dated: September 27, 2022

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE